Oak Point Realty Company *v.* Devonian Gas & Oil Company, Appellant.

Argued March 17, 1966. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas Lewis Jones,* with him *White, Jones & Gregg,* for appellant.

*Ralph L. Gessler,* for appellee.

*John S. Fisher,* with him *W. Parker Ruddock,* and *Fisher, Ruddock & Simpson,* for appellees.

OPINION PER CURIAM, March 22, 1966:
Appeal quashed.